IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Espinoza,<br><br>   Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>   Defendant. | No. CV-17-01977-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Joint Motion to Stay all Proceedings 90 days. (Doc. 45.) For good cause shown,

**IT IS ORDERED** that the motion to stay this action 90 days is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Parties' request for a 90-day continuance as to all case deadlines is **GRANTED**.

The Court hereby enters the following Amended Discovery Plan and Dates set forth in the March 16, 2018 Order (Doc. 38). For good cause shown,

**IT IS FURTHER ORDERED** as follows:

1. **Deadline for Joining Parties and Amending Pleadings**. Completed.
2. **Deadline for MIDP Responses and Completion of Fact Discovery**. The Plaintiff and the Defendant both agree to extend the deadline for final supplementation of MIDP responses and for completing fact discovery, including all disclosure required under Rule 26(a)(3), extended from May

21, 2018 until **August 24, 2018**.

    a.    <u>Depositions</u>: The Plaintiff and the Defendant both agree that any and all deponents will be deposed, if they choose, extended from May 15, 2018 to no later than **August 17, 2018**.

    b.    <u>Written Discovery</u>: The Plaintiff and the Defendant both agree that all interrogatories, requests for production of documents, and requests for admissions will be served no later than **July 9, 2018**.

**3.**    **Class Certification Motion**. The Plaintiff and the Defendant both agree that the deadline for the filing of the class certification motion will be no later than **September 21, 2018**.

**4.**    **Deadline for Filing Dispositive Motions**.

    a.    The Plaintiff and the Defendant both agree that any and all dispositive motions and motions challenging expert opinion testimony will be filed no later than **October 19, 2018**, at 5:00 p.m. Arizona time.

**5.**    **Pre-motion Conference**. Ordered vacating the Telephonic Pre-Motion Conference set for July 11, 2018 at 1:30 p.m. and resetting to **September 13, 2018 at 9:00 a.m.** Counsel for Plaintiff is responsible for making the necessary arrangements for the conference call. All parties participating in the conference call shall do so via a landline only.

**6.**    **Deadline for Engaging in Good Faith Settlement Talks**. Completed.

Dated this 19th day of April, 2018.

Douglas L. Rayes
United States District Judge

- 2 -