1  David A. Chami AZ #027585
2  PRICE LAW GROUP, APC
   8245 N. 85th Way
3  Scottsdale, Arizona 85258
   T: (818) 600-5515
4  F: (866) 401-1457
5  E: david@pricelawgroup.com

6  Susan M. Rotkis, AZ #032866
7  Consumer Litigation Associates West, PLLC
   382 S. Convent Avenue
8  Tucson, AZ 85701
   T: 520-622-2481
9  F: 520-844-6707
10 E: srotkis@clalegal.com

11 *Attorneys for Plaintiff Wendy Espinoza,*
12 *for herself and on behalf of all*
   *those similarly situated individuals*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Espinoza, *on behalf of herself and those similarly situated* <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc., <br><br> Defendant. | No.   CV-17-01977-PHX-DLR (BSB) <br><br> **NOTICE OF SETTLEMENT** |

//

//

1

1  The Plaintiff, Wendy Espinoza, on behalf of herself and those similarly situated,
2  hereby provides notice that this matter is settled as part of a nationwide class action
3  settlement in *Clark v. Experian Information Solutions, Inc.,* 3:16CV32-MHL (E.D.Va.).
4  Due to the necessity of providing class notice and seeking final approval by the
5  court, it is prudent and just to stay all proceedings until an Order of Final Approval is
6  entered in *Clark v. Experian Information Solutions, Inc. Leyva v. Certified Grocers of Cal.*
7  *Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).  A Motion for Preliminary Approval together with
8  the Settlement Agreement was filed on September 18, 2018.  Id.  (ECF 126.)
9  Dated this 20th day of September 2018.

PRICE LAW GROUP, APC

By: /s/ David A. Chami
David A. Chami, AZ #027585
david@pricelawgroup.com

CONSUMER LITIGATION
ASSOCIATES WEST, PLLC

Susan M. Rotkis, AZ #032866
srotkis@clalegal.com

*Attorneys for Plaintiff Wendy Espinoza*
*for herself and on behalf of all*
*those similarly situated individuals*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                PRICE LAW GROUP, APC

                                                /s/ Florence Lirato