# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Espinoza,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>　　　　Defendant. | No. CV-17-01977-PHX-DLR<br><br>**ORDER** |

The Court has been notified that this matter has been settled as part of a nationwide class action settlement in *Clark v. Experian Information Solutions, Inc.*, 3:16CV32-MHL (E.D. Va.).

**IT IS ORDERD** that the Clerk of the Court shall terminate all currently pending hearings, deadlines, and motions. This matter is **STAYED** pending final approval of the *Clark* settlement by the United States District Court for the Eastern District of Virginia. Until the *Clark* settlement receives final approval, the parties shall file a joint status report beginning **November 1, 2018** and recurring the first business day of each month

//
//
//
//
//

thereafter, updating the Court on the status of the *Clark* settlement. Within **14 days** of final approval of the *Clark* settlement, the parties shall file a stipulation to dismiss this action.

Dated this 24th day of September, 2018.

Douglas L. Rayes
United States District Judge