IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Espinoza,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>　　　　Defendant. | No. CV-17-01977-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation of Dismissal of Instant Class Action Claims only as part of Nationwide Class Action Settlement. (Doc. 85.) For good cause shown,

**IT IS ORDERED** that the instant action is dismissed with prejudice as to the class action claims only. Plaintiff's individual claims are not yet dismissed. The Court's stay of Plaintiff's individual claims remains in effect.

Dated this 28th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　United States District Judge