# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Espinoza,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>    Defendant. | No. CV-17-01977-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice. (Doc. 89.) For good cause shown,

**IT IS ORDERED** that the above-entitled matter is hereby dismissed with prejudice as to Defendant Experian, with each party to bear their own costs and attorneys' fees. The Clerk shall terminate the action, as there are no remaining defendants.

Dated this 23rd day of April, 2019.

Douglas L. Rayes
United States District Judge